# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                           PLAINTIFF

v.                                            No. 4:14CR00188-16 JLH

MICHAEL DESHUN DAWKINS                                                                                         DEFENDANT

### ORDER

Pending before the Court is defendant Michael Deshun Dawkins' motion to continue the sentencing hearing currently set for December 9, 2015. Without objection, the motion is GRANTED. Document #445. The sentencing hearing will be reset by separate notice.

IT IS SO ORDERED this 8th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE